FILED
RICHARD W. NAGEL
CLERK OF COURT

16 JUL -6 AM 10: 37

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

JOHN THOMAS,

        Defendant.

:
:
:
:
:
:
:
:
:
:
:
:
:

CASE NO. **1116CR - 74**

JUDGE **J. BARRETT**

**I N D I C T M E N T**

18 U.S.C. § 2
18 U.S.C. § 922(g)(1)
21 U.S.C. § 924(a)(2)

**FORFEITURE ALLEGATION**

---

**THE GRAND JURY CHARGES**:

## COUNT 1
### (Possession by a Prohibited Person)

On or about February 3, 2016, in the Southern District of Ohio, the defendant, **JOHN THOMAS**, having been convicted of crimes punishable by imprisonment for a term exceeding one year, to wit:  Aggravated Armed Robbery, Case Number B0400850, Hamilton County (OH) Court of Common Pleas and Possession of Cocaine, Case Number B1101451, Hamilton County (OH) Court of Common pleas, did knowingly possess in and affecting interstate and foreign commerce, a firearm and ammunition, that is, a .9mm Smith & Wesson model M&P9 semi-automatic handgun bearing serial number MPH1863 and ammunition.

**In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 2.**

## FORFEITURE ALLEGATION 1

Upon conviction of the offenses set forth in Count 1 of this Indictment, the defendant, **JOHN THOMAS**, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) any firearm

and ammunition involved in the commission of the offenses, including, but not limited to: a

.9mm Smith & Wesson model M&P9 semi-automatic handgun bearing serial number MPH1863

and ammunition.

A TRUE BILL

_____/s/_____

GRAND JURY FOREPERSON

BENJAMIN C. GLASSMAN
ACTING UNITED STATES ATTORNEY

_____

CHRISTY L. MUNCY
ASSISTANT UNITED STATES ATTORNEY