UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JOHN THOMAS, Defendant. | Case No. 1:16-cr-00074 |

FILED
RICHARD W. NAGEL
CLERK OF COURT

2016 JUL 27 PM 2:05

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

**CRIMINAL MINUTES** before
Magistrate Judge Stephanie K. Bowman

Courtroom Deputy: **Kevin Moser**
Court Reporter: Luke Lavin (Official)        Date/Time: 7/27/16 @ 1:30 PM
United States Attorney: ~~Ashley Brucato~~ TIM OAKLEY
Defendant Attorney: Karen Savir (FPD)        Interpreter: N/A

*Initial Appearance:* [] Complaint; [] Indictment; [] Information; [] petition for supervised release [] Rule 5(c)/32.1 Proceedings
[ ] Counsel present
[ ] Defendant informed of charges and potential penalties
[ ] Defendant informed of his / her rights     [ ] Defendant provided copy of charging document
[ ] Government moves for defendant to be detained pending detention hearing _____
[ ] Financial affidavit presented to the Court/Defendant
[ ] Counsel appointed.

*Detention:* [X] Defendant to be detained pending trial pursuant to pretrial detention order (DEFT DOES NOT CONTEST DETENTION AT THIS TIME, DUE TO FORTHCOMING PAROLE DETAINER)
Plaintiff Witness _____ Defendant
Witness _____
[ ] OR   [ ] Secured with _____ [ ] Electronic Monitor [ ] Other

Special Conditions of Release: [ ] Pretrial/Probation Supervision [ ] Drug testing & Treatment [ ] maintain employment & verify
[ ] refrain from alcohol [ ]narcotic drugs unless prescribed [ ]use of firearms [ ] Travel Restricted to _____

*Pretrial Bond Violation Hearing:*
[ ] bond revoked - defendant detained pending trial [ ] bond continued [ ] bond modified:

Preliminary Exam Hearing set _____
*Preliminary Exam:* [ ] Probable Cause found; [ ] not found; [ ] waived; [ ] bond continued/denied
AUSA Witnesses: _____ Defendant Witnesses:

AUSA Exhibits: _____ Defendant Exhibits:

*Arraignment* on [X] Indictment or [] Superseding Indictment or [] Information or [] Misdemeanor Information:
Defendant waives reading [X]        Defendant pleads:   [ ] GUILTY  [X] NOT GUILTY
[ ] PSI ordered                     [ ] Sentencing set for _____
[X] Case to proceed before **JUDGE BARRETT**

*Removal Hearing (Rule 5c):*
[ ] Defendant waives Identity Hearing.
[ ] Commitment to Another District Ordered.      [ ] Removed to _____
[ ] Probable Cause Found

Remarks: