IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO



FILED
RICHARD W.
CLERK OF COURT

2016 JUL 27 PM 2:05

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

UNITED STATES OF AMERICA

-vs-                   Case No. 1:16-cr-00074

JOHN THOMAS

## ORDER OF DETENTION PENDING TRIAL

Defendant appeared before this Court on July 27, 2016 for a Detention Hearing. Upon the advice of counsel, Defendant does not contest detention at this time, due to a state parole detainer which is anticipated to be lodged against him. Accordingly, the Court ORDERS the Defendant detained pending trial.

### DIRECTIONS REGARDING DETENTION

**John Thomas** is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. **John Thomas** shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a Court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the Defendant to the United States marshal for the purpose of an appearance in connection with a Court proceeding.

*Stephanie K. Bowman*
Stephanie K. Bowman
United States Magistrate Judge