AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

FILED
RICHARD W. NAGEL
CLERK OF COURT

16 JUL -6 AM 10: 52

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:16CR-74 |
| JOHN THOMAS | ) | J. BARRETT |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* JOHN THOMAS,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

POSSESSION OF A FIREARM BY A PROHIBITED PERSON (SEE ATTACHED INDICTMENT)

Date: 07/06/2016

*Arthur H...*
*Issuing officer's signature*

City and state: CINCINNATI, OHIO

Richard W. Nagel, Clerk, U.S. District Court
*Printed name and title*

### Return

This warrant was received on *(date)* 07/06/16, and the person was arrested on *(date)* 07/25/16
at *(city and state)* Cincinnati OH.

Date: 07/25/16

*PM ___ 3058 for BATFE*
*Arresting officer's signature*

*Brad ...  D-SM*
*Printed name and title*