IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,

    Plaintiff,

    v.                                    Case No. 1:16CR74

John Thomas                  Judge Michael R. Barrett

    Defendant.

## WAIVER OF SPEEDY TRIAL ACT AND ACQUIESCENCE IN TRIAL DATE

Defendant, __John Thomas__, understands that he/she has a right to be tried within seventy (70) days of his/her indictment in accordance with the Speedy Trial Act, 18 U.S.C. § 3161(c)(1). The Defendant wishes to extend that period and voluntarily chooses to waive, or give up, the right to a trial within that seventy-day period. The Defendant is satisfied with the trial date of __January 17, 2017 (MRB)__ and voluntarily chooses to be tried on that date, rather than within the seventy (70) day period prescribed under the Speedy Trial Act.

_John Thomas_
Defendant

_Karen Sr._
Attorney for Defendant

_10/5/16_
Date